UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
KENNETH ZAHL, M.D., individually and
on behalf of his child,

        Plaintiff,

   -v-

KAREN KOSOVSKY, M.D., et al.,

        Defendants.
--------------------------------------------------------x

No.  08 Civ. 8308 (LTS)(THK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  NOV 1 8 2009
```

**ORDER**

      In light of the extensive pending dispositive motion practice, the order issued on July 20, 2009, (docket entry no. 64), granting Plaintiff leave to file a motion for default judgment against certain Defendants, is hereby suspended until further order of the Court.

      SO ORDERED.

Dated: New York, New York
      November 17, 2009

                         LAURA TAYLOR SWAIN
                        United States District Judge

Copies mailed/faxed to _Counsel of Record_
Chambers of Judge Swain
               11-18-09